1  Bradley D. Liggett, SBN: 259274
2  Ryan D. Harris, SBN: 217154
   Harris Personal Injury Lawyers, Inc.
3  689 Tank Farm Road, Suite 240
   San Luis Obispo, CA 93401
4  P: 805.544.0100
5  F: 805.544.0101
   E: brad@harrispersonalinjury.com
6  Attorneys for Plaintiff
7  *David Snow*

8
                  IN THE UNITED STATES DISTRICT COURT
9
            IN AND FOR THE NORTHERN DISTRICT OF CALIFORNIA
10

11  DAVID SNOW, an individual,                CASE NO.: 3:16-cv-07020-HSG

12              Plaintiffs,                    *San Francisco County Superior Court Case
                                               No:* CGC 16 555060
13
       vs.
14                                             STIPULATION AND ORDER FOR
15  PROGRESSIVE DIRECT INSURANCE               DISMISSAL WITH PREJUDICE
    COMPANY, a business entity; DOES 1
16  through 50, inclusive,

17              Defendants.

18

19         **IT IS STIPULATED** by and between Plaintiff, DAVID SNOW, an individual, and

20  Defendant PROGRESSIVE DIRECT INSURANCE COMPANY, through their designated

21  counsel, that the Court dismiss the above-entitled matter, with prejudice, pursuant to Federal

22  Rules of Civil Procedure rule 41(a)(1). Each party agrees to bear their own fees and costs.

23

24  DATED: February 22, 2017           Harris Personal Injury Lawyers, Inc.

25                                     By: ____/s/ Bradley D. Liggett_____
26                                     Bradley D. Liggett
                                       Attorney for Plaintiff
27

28

                        STIPULATION AND ORDER FOR DISMISSAL
                                      1 -

1  DATED: February 14, 2017          Coddington Hicks & Danforth

2

3                                    By: _____/s/ Randolph S. Hicks_____
                                     Randolph S. Hicks
4                                    Attorney   for   Defendant   Progressive   Direct
                                     Insurance Company
5

6

7
**IT IS SO ORDERED**
8

9

10 Dated: February 22, 2017

   JUDGE OF THE U.S. DISTRICT COURT
11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION AND ORDER FOR DISMISSAL
- 2 -